# ORIGINAL

FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF
HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE

Jafre D. Waugh #22022056
_____ Petitioner _____
M.D.C.
Po·Box 329002
Brooklyn, N.Y. 11232
(Full name under which you were convicted;
Prison Number; Full Mailing Address).

VS.

Clerk of Court
_____ Respondent(s) _____
Federal Court House
202 Cadman Plaza
Brooklyn, N.Y. 11201
(Name of Warden or other authorized person
having custody of Petitioner).

■10- 4587

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT - 5 2010 ★

BROOKLYN OFFICE

COGAN, J.

CIVIL ACTION NO._____

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT
OUT.  ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns:  (check appropriate blank)

_____ A conviction

_____ A sentence  (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you
must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the
Judgment).

_____ Jail or prison conditions

_____ Prison discipline issue

___✓___ A parole problem

_____ Other.  State briefly: _____

_____

_____

2. Place of detention: _____ M. D. C. Brookly _____

_____

_____

1

**HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?**

_____ Yes            ____✓____ No

3. If your answer is "yes," give the following information:

a. Name of the Court: _____

b. Nature of proceeding: _____
_____

c. Grounds raised: _____
_____
_____
_____
_____

d. Result: _____
_____

e. Date of result: _____

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _____
_____

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
_____
_____
_____
_____
_____

5. Does counsel presently represent you? _____ Yes ____✓____ No

If so, Name address and phone number of counsel: _____
_____
_____

6. Name and location of court, which imposed sentence: Superior Court of the
District of Columbia. East Capital 5t N.E. Wash, D.C. 20002
_____
_____

7. Indictment or case number, if known: _____

8. Offense or Offenses for which sentence was imposed: *Attempted Possession with Intent to Distribute Cocaine*

9. Date upon which sentence was imposed and the term of the sentence: *March 98 2 to 9 years*

10. When was a finding of guilt made? (Check one)

_____ ✓ After a plea of guilty

_____ After a plea of not guilty

_____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:

_____ A jury

_____ ✓ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes ✓ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____

b. Result: _____

c. Date of result: _____

d. Citation or number of opinion: _____

e. Grounds raised:  (List each one)

_____
_____
_____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

14. Summarize <u>briefly</u> the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: The U.S. Parole Commission is in Violation of the Due Process rights. Fail to give a Probable Cause hearing in

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not <u>conclusions,</u> in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

5 days of being Committed. I self surrender on the 14th of September, and the U.S. Parole Commission is in violation of my due Process rights. No hearing in 5 days. Violation of my rigths.

b. Ground Two:

Supporting Facts:

Ground Three:

Supporting Facts:

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

_____ Yes _____✓_____ No

(1) If your answer to "a" above is yes, what was the result? _____

_____

_____

(2) If your answer to "a" above is no, explain: _____

_____

_____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

_____ Yes _____✓_____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken:

_____

_____

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM:** State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Release immediately back to Supervision (Parole)

Signed on this the ____Oct____ day of ____3____, 200_10_.

_____Jafré Waugh_____
Signature of petitioner

**I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.**

**Executed on:** ____Oct 3____, 200_10_.

_____Jafré Waugh_____
Signature of petitioner